**Exhibit A to the Complaint**

**Location:** West Hartford, CT  
**Total Works Infringed:** 35

**IP Address:** 32.213.240.211  
**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | Blacked Raw | 10/20/2018 13:51:11 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/03/2018 07:40:17 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 10/18/2018 03:35:19 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 4 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 01:24:09 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 5 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | Tushy | 06/21/2018 02:01:36 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 6 | 35824768BF7B365F1CA830E078527B52C12DC631 | Tushy | 08/20/2018 20:58:51 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 7 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/08/2018 20:35:58 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 8 | 3EC8B182DD17991627527C1734BE70E73767F71D | Vixen | 11/01/2018 11:29:40 | 10/31/2018 | 12/09/2018 | 17210345436 |
| 9 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 07/31/2018 13:15:38 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 10 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | Blacked | 10/28/2018 00:39:54 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 11 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 09/23/2018 20:54:17 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 12 | 64D40092B3D528552372E59E9627B7D57E83B443 | Tushy | 09/03/2018 20:21:55 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 13 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/09/2018 21:47:20 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 14 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/07/2018 22:21:25 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 15 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 09/08/2018 22:55:58 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 16 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 06/07/2018 11:33:25 | 06/05/2018 | 07/14/2018 | PA0002128384 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/06/2018 11:54:22 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 18 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/25/2018 08:48:23 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 19 | 88CC37185550B7F47C66918862B844C8056F3C00 | Tushy | 07/06/2018 03:15:05 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 20 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 06/26/2018 04:16:09 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 21 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/27/2018 14:32:48 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 22 | 9616818F0C0564A51714980E08C77A60FDC94FC4 | Tushy | 05/27/2018 04:46:40 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 23 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/12/2018 23:26:10 | 11/12/2018 | 12/09/2018 | 17210310463 |
| 24 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/07/2018 23:30:58 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 25 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | Tushy | 08/24/2018 21:44:51 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 26 | B3DEFD5D9E8F8B3502CA29CFC04F8BA5ED6C6811 | Vixen | 05/25/2018 14:47:05 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 27 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/29/2018 13:32:34 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 28 | BFB0C6B34A693BC40981D11313056612733E3A70 | Tushy | 11/18/2018 21:15:17 | 11/17/2018 | 12/09/2018 | 17210231163 |
| 29 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | Vixen | 08/04/2018 21:19:09 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 30 | C6E3BDB543EA4CE2ECC6E0EEDB3576B6297F09B0 | Tushy | 09/13/2018 21:51:35 | 09/13/2018 | 11/01/2018 | 17093751703 |
| 31 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | Vixen | 10/02/2018 03:10:49 | 10/01/2018 | 11/01/2018 | 17094105431 |
| 32 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/26/2018 11:37:16 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 33 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/03/2018 23:33:48 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 34 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 07/26/2018 05:46:31 | 07/25/2018 | 09/05/2018 | PA0002134601 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 10/06/2018 20:44:38 | 10/06/2018 | 11/01/2018 | 17094105481 |